LILLIAN SHEENAN, PLAINTIFF-PETITIONER, v. THE COCA-COLA BOTTLING COMPANY OF NEW YORK, INC., DEFENDANT-RESPONDENT.

On petition for certification to Superior Court, Appellate Division.

See same case below: 41 *N. J. Super.* 213.

*Messrs. Lyness & Bedell* for the petitioner.

*Mr. Wilbur A. Stevens* and *Mr. Samuel A. Larner* for the respondent.

October 4, 1956.

HENRY L. WULSTER, *ET AL.*, PLAINTIFFS-PETITIONERS, v. BOROUGH OF UPPER SADDLE RIVER, DEFENDANT-RESPONDENT.

On petition for certification to Superior Court, Appellate Division.

See same case below: 41 *N. J. Super.* 199.

*Mr. James A. Major* for the petitioner.

*Messrs. Harrison & Brown* for the respondent.